SEYFARTH SHAW LLP
Timothy L. Hix (SBN 184372)
*thix@seyfarth.com*
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Frederick T. Smith
*fsmith@seyfarth.com*
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 888-1021
Facsimile:  (404) 724-1521

Attorneys for Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP.

DOUGLAS KRUSCHEN
P.O. Box 465
Agoura Hills, California 91376
douglask@mac.com

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KRUSCHEN, an individual, | Case No. 2:16-cv-02948-DMG-AJW |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| FIRST ADVANTAGE CORPORATION, a Delaware corporation, FIRST ADVANTAGE BACKGROUND SERVICES CORP, a Florida corporation, SOURCE SUPPORT SERVICES, INC., a Georgia corporation, | Judge:   Hon. Dolly M. Gee |
| Defendants. | |

Plaintiff DOUGLAS KRUSCHEN and Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP. from this action, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

DATED: September 1, 2016

By: /s/ Douglas Kruschen
Douglas Kruschen
Plaintiff *Pro Per*

DATED: September 1, 2016

SEYFARTH SHAW LLP

By: /s/ Timothy L. Hix
Timothy L. Hix
Attorneys for Defendant
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 333 S. Hope Street, Suite 3900, Los Angeles, California 90071. On September 1, 2016, I served the within document(s):

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

☐ I sent such document from facsimile machines (213) 270-9601 on September 1, 2016. I certify that said transmission was completed and that all pages were received and that a report was generated by said facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒ electronically by using the Court's ECF/CM System.

| | |
|---|---|
| Mr. Douglas Kruschen<br>P.O. Box 465<br>Agoura Hills, CA 91376<br>douglask@mac.com<br>**(via email and U.S. mail)** | Brian R. Weilbacher<br>Lisa D. Walker<br>Weilbacher & Weilbacher APC<br>5850 Thille Street, Suite 200<br>Ventura, CA 93003<br>**(via Court's ECF/CM System)** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 1, 2016, at Los Angeles, California.

_____
Sheila Owens