| Attorney or Party Without Attorney | | For Court Use Only |
|---|---|---|
| Douglas Kruschen<br>P.O. Box 465<br>Agoura Hills, CA  91376 | | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>**OCT 1 9 2016**<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                              DEPUTY |

| Telephone No.: (805) 225-3328 | Ref. No. or File No.: |
|---|---|
| Attorney For:  Plaintiff in Pro Se | |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| Plaintiff:  Douglas Kruschen |
|---|
| Defendant: First Advantage Corporation, et al. |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-CV-02948 |
|---|---|---|---|---|

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the: Summons in a Civil Action (on the First Amended Complaint); Verified First Amended Complaint; Civil Cover Sheet; First Amended Certification and Notice of Interested Parties; Initial Standing Order; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of ADR

3.   a.   *Party Served:*                                     Lockheed Martin Corporation
      b.   *Person Served:*                                 Becky DeGeorge of registered agent, Corporation Service Company which will do
                                                                        business in California as CSC - Lawyers Incorporating Service

4.   *Address where the party was served:*      2710 Gateway Oaks Drive, Ste. 150N
                                                                        Sacramento, CA 95833

5.   *I served the party:*
      a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 10/05/2016      (2) at:  2:20 PM

6.   **Person who served papers:**                                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
      a.   Stephen Gosciniak                                        d.   **The fee for service was:**            $30
      b.   FAST PROCESS SERVER                            e.   I am: (3) Registered California process server:
             P.O. Box 278971                                                  (i)    owner
             Sacramento, CA 95827                                         (ii)   Registration No.:   2016-36
      c.   (844) 377-3783                                                     (iii)  County:                  Sacramento

8.   **I declare** under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

Date:   10/05/2016

_____
Stephen Gosciniak

**PROOF OF SERVICE**
**SUMMONS IN A CIVIL ACTION**



FOREVER

SANTA CLARITA
CA 913
17 OCT '16
PM 1 L

OCT 19 2016

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

PO Box 465
Agoura Hills, CA  91376

Usdc - Central Western
Attn: Civil Intake
312 N Spring St
Room G8
Los Angeles, CA 90012-2095

