1  MICHAEL W. FOSTER (State Bar No. 127691)
2  TAMMY A. BROWN (State Bar No. 172612)
   FOSTER EMPLOYMENT LAW
3  3000 Lakeshore Avenue
   Oakland, California 94610
4  Telephone: (510) 763-1900
   Facsimile: (510) 763-5952

5  Attorneys for Defendant
6  LOCKHEED MARTIN CORPORATION

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

| DOUGLAS KRUSCHEN, | Case No. 2:16-CV-02948-DMG (AJWx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER |
| vs. | |
| FIRST ADVANTAGE CORPORATION, a Delaware Corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORPORATION, a Florida Corporation; SOURCE SUPPORT SERVICES, INC., a Georgia Corporation; and LOCKHEED MARTIN CORPORATION, a Maryland Corporation, | |
| Defendants. | |

After consideration of the Stipulated Protective Order,

IT IS ORDERED THAT good cause having been shown, the Court hereby grants the terms of the Stipulated Protective Order.

DATED: November 15, 2016

_____
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

1

KRUSCHEN V. LOCKHEED MARTIN CORPORATION                    CASE NO. 2:16-CV-02948-DMG (AJW)
ORDER ON STIPULATED PROTECTIVE ORDER